# STATE OF LOUISIANA

# COURT OF APPEAL, THIRD CIRCUIT

## 12-422

CONCORDIA PARISH SCHOOL BOARD
CONCORDIA PARISH HOSPITAL DISTRICT #1
CONCORDIA PARISH POLICE JURY
CITY OF VIDALIA
TOWN OF FERRIDAY

VERSUS

LOUISIANA MACHINERY RENTALS, LLC

**********

APPEAL FROM THE
SEVENTH JUDICIAL DISTRICT COURT
PARISH OF CONCORDIA, NO. 45,820 "A"
HONORABLE KATHY JOHNSON, DISTRICT JUDGE

OPINION ON REMAND

**********

JAMES T. GENOVESE
JUDGE

**********

Court composed of John D. Saunders, Elizabeth A. Pickett, and James T. Genovese, Judges.

REVERSED AND REMANDED.

**Jesse R. Adams, III**
**Kathryn S. Friel**
**Andre Brian Burvant**
**Matthew A. Mantle**
**Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.**
**201 St. Charles Ave., 51st Floor**
**New Orleans, Louisiana 70170-5100**
**(504) 582-8000**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Louisiana Machinery Rentals, LLC**

**Jack Hendrix McLemore, Jr.**
**Post Office Box 520**
**200 Advocate Row, Suite B**
**Vidalia, Louisiana 71373**
**(318) 336-9189**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
    **Concordia Parish School Board,**
    **Concordia Parish Hospital District #1,**
    **Concordia Parish Police Jury,**
    **City of Vidalia, and**
    **Town of Ferriday**

**Robert R. Rainer**
**Drew M. Talbot**
**Rainer, Anding & McLindon**
**8480 Bluebonnet Blvd., Suite D**
**Baton Rouge, Louisiana 70810**
**(225) 766-0200**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
    **Concordia Parish School Board,**
    **Concordia Parish Hospital District #1,**
    **Concordia Parish Police Jury,**
    **City of Vidalia, and**
    **Town of Ferriday**

**GENOVESE, Judge.**

Pursuant to a writ of certiorari granted January 17, 2014, by the Louisiana Supreme Court under Docket No. 2012-2503, this case was remanded to this court with instructions "to consider the matter in light of this court's recent opinions in *Washington Parish Sheriff's Office v. Louisiana Machinery Company, LLC*, 13-0583 (La. 10/15/13), [126] So.3d [1273], and *Catahoula Parish School Bd. v. Louisiana Machinery Company, LLC*, 12-2504 (La. 10/15/13), [124] So.3d [1065]."

In doing so, we note that the *Washington* case was decided based on the reasons assigned in the *Catahoula*[1] case. In *Catahoula*, the supreme court affirmed this court's reversal of the trial court's grant of partial summary judgment in favor of the Catahoula Parish School Board and the Catahoula Parish Police Jury, with a remand for further proceedings. Specifically, the supreme court ruled that the mandatory notice requirements of La.R.S. 47:337.51 were deficient and, therefore, not final; that "the validity of the notices of assessments constituted an essential element of the Collector's claims rather than strictly a defense asserted by the Companies[]"; and, that the defenses asserted by the Companies were timely filed. *Id.* at 1076.

After due "consideration" of the supreme court's rulings in the *Washington* and *Catahoula* cases, and in accordance with its instructions, we again reverse the trial court's grant of the partial summary judgment in favor of the Concordia Parish School Board, Concordia Parish Hospital District #1, Concordia Parish Police Jury, City of Vidalia, and the Town of Ferriday and remand the matter to the trial court for further proceedings. Costs of this appeal are assessed equally to the Concordia

---

[1]The *Catahoula* case consists of the case of *Catahoula Parish School Board v. Louisiana Machinery Rentals, LLC*, 12-443 (La.App. 3 Cir. 10/24/12), 105 So.3d 169, which was consolidated with the case of *Catahoula Parish School Board v. Louisiana Machinery Rentals, LLC*, 12-444 (La.App. 3 Cir. 10/24/12), 105 So.3d 169.

Parish School Board, Concordia Parish Hospital District #1, Concordia Parish Police Jury, City of Vidalia, and the Town of Ferriday in the amount of $2,223.50 pursuant to La.R.S. 13:5112.

**REVERSED AND REMANDED.**